UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| C4 RANCH, LLC, an Idaho limited liability company and JAMES ZUBILLAGA, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARNZEN BUILDING CONSTRUCTION, INC., an Idaho corporation,<br><br>        Defendant. | CONSOLIDATED CASES<br><br>Case No. 3:09-CV-387-BLW<br>Case No. 3:09-CV-481-BLW<br><br>**ORDER** |

The Court has before it the Stipulation to Dismiss with Prejudice (Dkt. 59). Good cause appearing, the Court will dismiss this case in its entirety with prejudice.

**IT IS ORDERED:**

1. The Stipulation to Dismiss with Prejudice (Dkt. 59) is **GRANTED**. This case is dismissed in its entirety with prejudice.

2. The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

DATED: **February 15, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1