UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| C4 RANCH, LLC, an Idaho limited liability company and JAMES ZUBILLAGA, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNZEN BUILDING CONSTRUCTION, INC., an Idaho corporation,<br><br>　　　　　　Defendant. | CONSOLIDATED CASES<br><br>Case No. 3:09-CV-387-BLW<br>Case No. 3:09-CV-481-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered and that this case be dismissed in its entirety.

DATED: **February 15, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1